# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

United States of America,

      v.                                 Case No. 2:19-cr-4

Kensel U. Morgan,                     Judge Michael H. Watson

      Defendant.

## ORDER

Kensel U. Morgan ("Defendant") pleaded guilty before Magistrate Judge King to being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g) and 924(a). Magistrate Judge King thereafter issued a Report and Recommendation ("R&R") recommending the Court accept Defendant's guilty plea (decision on acceptance of the plea agreement was deferred for consideration by the Undersigned upon completion of a presentence investigation report). R&R, ECF No. 24. The R&R details why Magistrate Judge King believed Defendant's guilty plea was knowingly and voluntarily made. *See generally, id.* Further, the R&R notified the parties of their right to object to the same within fourteen days and of the consequences of the failure to object. *Id.* at 3. More than fourteen days have passed, and no objections were filed. For that reason, as well as the reasons stated in the R&R, the Court **ADOPTS** the same and **ACCEPTS** Defendant's guilty plea.

IT IS SO ORDERED.

*[signature: Michael H. Watson]*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**